AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>Plaintiff )<br>v. )<br>MARK ROTHFUSS )<br>Defendant ) | Case No.   10-CR-10412   GAO |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MARK ROTHFUSS

Date:   02/15/2011

*Attorney's signature*

PAUL A. BOGOSIAN     BBO#561068
*Printed name and bar number*

210 ROCK STREET
FALL RIVER, MA 02720

*Address*

BOGOESQ@COMCAST.NET
*E-mail address*

(508) 837-6791
*Telephone number*

(508) 837-6792
*FAX number*