UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No.  10-CR-10412 |
| MARK ROTHFUSS | ) ) ) ) | |

**<u>NOTICE OF APPEARANCE</u>**

The undersigned counsel hereby enters his appearance on behalf of the above-captioned defendant, Mark Rothfuss in his pending case in this Court.

Respectfully submitted,

April 26, 2011

_____
Theodore A. Barone, Esq.
BARONE LAW OFFICES
130 Liberty Street, Unit 2B
Brockton, MA  02301
508-584-0411
BBO# 030190