Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 10-CR-10412-NG |
| ) | |
| MARK ROTHFUSS ) | |

## WAIVER OF INDICTMENT

I, **MARK ROTHFUSS**, the above-named defendant, who is accused of wire fraud in violation of 18 U.S.C. § 1343 and interstate transportation of stolen property in violation of 18 U.S.C. § 2314, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on April 26, 2011, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer

4/26/11