UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 10-CR-10412-NG |
| v. | |
| MARK ROTHFUSS | |
| Defendant | |

NOTICE OF APPEARANCE FOR
ASSISTANT UNITED STATES ATTORNEY AMY HARMAN BURKART

Assistant United States Attorney Amy Harman Burkart will be representing the United States as co-counsel for the government in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: */s/ Amy Harman Burkart*
AMY HARMAN BURKART
Assistant United States Attorney

CERTIFICATE OF SERVICE

      I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                                    */s/ Amy Harman Burkart*
                                                    AMY HARMAN BURKART
                                                    Assistant United States Attorney

Dated: July 22, 2011