EProb12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Mark Rothfuss                    **Case Number:** 1: 10 CR 10412 - 001

**Name of Sentencing Judicial Officer:** The Honorable Nancy Gertner
**Name of Assigned Judicial Officer:** To be assigned

**Date of Original Sentence:** 7/27/2011

**Original Offense:** Wire Fraud, in violation of 18 USC § 1343; Interstate Transportation of Stolen Property, in violation of 18 USC § 2314

**Original Sentence:** 36 months of Probation

**Type of Supervision:** Probation                    **Date Supervision Commenced:** 7/27/2011

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years
[X]   To modify the conditions of supervision as follows:

**The defendant's term of home confinement with electronic monitoring shall be extended for an additional two weeks until February 24, 2012. The defendant remains responsible for the daily expense.**

### CAUSE

Mr. Rothfuss was successfully enrolled in the home confinement program with electronic monitoring on August 11, 2011. At that time, the defendant was provided a schedule, approved by the Probation Office, to accommodate his employment, religious, and personal activities. Following his enrollment in the electronic monitoring program, Mr. Rothfuss was notified any changes to his schedule would require a minimum of seventy-two hours notice to the Probation Office.

On September 23, 2011, the defendant contacted the U.S. Probation Office to advise his telephone service was out of service and wouldn't be repaired until September 26, 2011. After the Probation Office confirmed with his telephone provider, Comcast, his service was disconnected, Mr. Rothfuss was instructed to continue abiding by his schedule even though he was not actively being monitored by the electronic monitoring equipment. This writer also cautioned the defendant that the Probation Office had other mechanisms in which to enforce his condition, and if he was found to be in violation of same, his noncompliance would be reported to the Court.

Subsequent to his phone line being repaired, the Probation Office received reports that Mr. Rothfuss had left his residence without prior approval on three different occasions on Saturday September 24. On that date, the defendant was previously approved to leave his residence from 11am to 2pm to tend to personal errands. However, a review of his monitoring report from that day revealed Mr. Rothfuss left his home without

- 2 -                          **Request for Modifying the**
**Conditions or Terms of Supervision**
**with Consent of the Offender**

authorization at 9:50am and returned at 10:34am. He then left his residence 18 minutes earlier than his approved departure time and returned home 67 minutes late.

U.S. Probation Officer Action:

On September 30, 2011, a meeting was held with Mr. Rothfuss to address the noncompliance detailed above. Given the serious nature of the defendant's violations, a modification to extend his period of electronic monitoring was discussed. During the meeting, the defendant admitted his attempts to deviate from his approved schedule were deliberate because he believed he was no longer being monitored by the system. He then accepted full responsibility for each violation and agreed to sign the above-noted modification.

The Probation Office's expectations were made very clear to Mr. Rothfuss. He should comply with rules of home confinement as they have been explained to him and abide the schedule that has been approved by our office. Also, the defendant was informed if any further violations occur, our office will revisit the matter and likely make a more restrictive recommendation to the Court.

Given Mr. Rothfuss' commitment to meeting the expectations above, the Probation Office is not recommending additional judicial intervention at this time. If Your Honor concurs with our recommendation, please affix your signature below. Attached please find an executed Form 49 expressing Mr. Rothfuss' consent.

Reviewed/Approved by:                                        Respectfully submitted,

/s/Brian McDonald                              By      /s/Patrick Skehill
Brian McDonald                                          Patrick Skehill
Supervising U.S. Probation Officer                      U.S. Probation Officer
                                                        Date:10/6/2011

**THE COURT ORDERS**
[  ]   No Action
[  ]   The Extension of Supervision as Noted Above
[  ]   The Modification of Conditions as Noted Above
[  ]   Other

                                            _____
                                            Signature of Judicial Officer


                                            _____
                                            Date

PROB 49
D/MA 07/09

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

**I have been advised and understand that I do not have to agree to this proposed
modification(s). I have been advised and understand that instead of signing this form today,
I can consult with an attorney and report back to the Probation Office within 48 hours as to
how I would like to proceed.**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel
before any unfavorable change may be made in my Conditions of Probation and Supervised Release
or my period of supervision being extended. By 'assistance of counsel', I understand that I have the
right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.
I also understand that I have the right to request the Court to appoint counsel to represent me at such
a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree
to the following modification of my Conditions of Probation and Supervised Release or to the
proposed extension of my term of supervision:

**The defendant's term of home confinement with electronic monitoring shall be extended for
an additional two weeks until February 24, 2012. The defendant remains responsible for the
daily expense.**

Witness: _____          Signed: _____
U.S. Probation Officer                                    Probationer or Supervised Releasee

_____
9/30/11
DATE