

# **M E M O R A N D U M**

To: Honorable Denise J. Casper
U.S. District Judge

From: Patrick Skehill
U.S. Probation Officer

**RE:** **Mark Rothfuss**
**Docket No. 10-10412**

Date: February 28, 2012

This memorandum serves as notification of a restitution payment schedule agreed upon by the above Probation Officer and the offender.

It is the responsibility of the supervising probation officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the offender's ability to pay at the time it is formulated. Periodic reviews of the offender's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement is as follows:

> The above-offender has agreed to make payments to the court-ordered restitution **$109,425.50** in monthly installments of **$420.00** .

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved by:

/s/Brian McDonald
Brian McDonald
Supervising U. S. Probation Officer

Payment Schedule Is Approved:

_____
Denise J. Casper
U.S. District Judge
Date: