

# MEMORANDUM

| | |
|---|---|
| To: | The Honorable Nancy Gertner<br>U.S. District Judge |
| From: | Tracy J. Weisberg<br>U.S. Probation Officer Assistant |
| Re: | Low Intensity Case Transfer |
| Date: | July 24, 2012 |

The basic philosophy behind the Supervision of Federal Offenders Monograph 109 is that offenders need to be seen purposefully. Officers assess the risks, needs, and strengths of each offender to determine the appropriate level of supervision. When the assessment indicates that, under the current circumstances, the offender is likely to remain crime free and to comply with all other conditions without further interventions by the officer, the case should be supervised under the low intensity standards.

With this in mind, a category of supervision has been devised that will enable officers to relieve themselves of the duty to make regular personal contact with certain clients who meet the criteria laid out in the Monograph 109. Low intensity supervision means never supervising offenders more intrusively than required by their assess risks and needs at any given time.

We have reviewed our caseloads and note that the following client, after a careful assessment, sentenced by Your Honor meets the criteria and will be placed in the Low Intensity Caseload:

| **Name** | **Docket No.** |
|---|---|
| **Mark Rothfuss** | **10-10412** |

We shall continue to monitor monthly report forms, requests for travel, fines and restitution, and any new criminal activity. The offenders have been informed they continue to be responsible with all conditions set by the Court.

*/s/ Tracy J. Weisberg*
Tracy J. Weisberg
U.S. Probation Officer Assistant

Reviewed & Approved:

*/s/ Brian McDonald*
Brian McDonald
Supervising U.S. Probation Officer